BEFORE THE FIRST DIVISION, MARCH 26, 1943

**No. 48140.**—Protest 807570–G of J. S. Staedtler, Inc. (New York).

Opinion by WALKER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Favor* (24 C. C. P. A. 399, T. D. 48854) the protest was sustained.